People v Hinton (2024 NY Slip Op 05774)

People v Hinton

2024 NY Slip Op 05774

Decided on November 19, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 19, 2024

Before: Manzanet-Daniels, J.P., Moulton, Mendez, Rodriguez, Rosado, JJ. 

Ind. No. 99016/17 Appeal No. 3055 Case No. 2017-03060 

[*1]The People of the State of New York, Respondent,
v
Robert Hinton, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Elizabeth B. Emmons of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Saad Siddiqui of counsel), for respondent.

Order, Supreme Court, Bronx County (Raymond Bruce, J.), entered on or about September 22, 2017, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (SORA) (Correction Law art 6-C), unanimously modified, on the law and on the consent of the parties, to the extent of reducing the adjudication to level one, and otherwise affirmed, without costs.
The People have agreed to withdraw their opposition to defendant's appeal and to consent to his designation as a level one sex offender. As a result, we modify Supreme
Court's order and grant defendant a downward departure to level one.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 19, 2024